IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

Carey Edard Winfield 180239

Full name and prison number of
plaintiff(s)

RECEIVED

2007 FEB -7 A 9:44

DEBRA P. HACKETT
U.S. DISTRICT
MIDDLE DISTRICT

v.

ADOC
Bullock Co. Corr. Fac.
Donaldson Corr. Fac.
Kilby Corr. Facility

Name of person(s) who violated
your constitutional rights.
(List the names of all the persons)

CIVIL ACTION NO. 2:07CV117 - MHT

(To be supplied by the Clerk of the
U.S. District Court)

I. PREVIOUS LAWSUITS

A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action?    Yes (✓)   No ( )

B. Have you begun other lawsuits in state or federal court relating to your imprisonment?    Yes (✓)   No ( )

C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

1. Parties to this previous lawsuit:
Plaintiff(s) Case was Dissmiss And I am appealing the case
Defendant(s) ADOC

2. Court (if federal court, name the district; if state court, name the county)
Alabama Middle district Court

3. Docket No Civil Action No 2:04-CV-1015-F

4. Name of Judge to whom case was assigned Susan Russ Walker

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending? Yes it was Dismissed Then I Motion Appeal

6. Approximate date of filing lawsuit 2003 Nov.

7. Approximate date of disposition 2002

II. PLACE OF PRESENT CONFINEMENT BCCF Bullock Co Corr Fac. P.O. Box 5107 Union Spring Ala 36089

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Donaldson Corr Fac, Kilby Corr Fac, Taylor Harden, Bullock

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

NAME                                ADDRESS
1. Segent More         P.O. Box 5107 Union Spring AL 36089
2. Officere Forrester  P.O. Box 5107 Union Spring AL 36089
3. Officere Hueber     P.O. Box 5107 Union Spring AL 36089
4. Antherey Hairrest   Kilby Corr Facility P.O. Box 125 Mt Meigs AL 36057
5. Dr Penting          Donaldson Corr Facility, Warrior Lone Bessome AL 35023
6. Capt Seveter Nestle BCCF P.O. Box 5107 Union Spring Ala 36089

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED 2005 November + September 2003, 2002, 2004, 2006, 2007

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: Excessive force and other abuse by Jail and Prison Officials

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place, manner, and person involved).
They would Let me catch the Store and they Bet me up party Bad they hurt me Bad I well never forget what they did to me. I was younger

-2-

GROUND TWO: _____

SUPPORTING FACTS: _____
_____
_____
_____
_____

GROUND THREE: _____
_____

SUPPORTING FACTS: _____
_____
_____
_____
_____

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES. 6 Billion is what I want for what they did to me.

_____
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on 2/6/20 _____
            (date)

_____
Signature of plaintiff(s)

-3-



Carol Winfield 185659
P.O. Box 5107 Union Springs
Alabama 36089

Legal Mail

Office of Clerk
United States District Court
For the Middle District of Alabama
P.O. Box 711
Montgomery, Ala. 36101