IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| CAREY EDWARD WINFIELD, #180239 | * | |
| Plaintiff, | * | |
| v. | * | 2:07-CV-117-MHT |
| ADOC, *et al.*, | * | |
| Defendants. | * | |

_____

**O R D E R**

On February 21, 2007 Plaintiff filed a response to the court's February 12, 2007 order that he submit an inmate account statement reflecting the average monthly balance in his prison account and the average monthly deposits to his account for the 6-month period *immediately* preceding the filing of this complaint. (Doc. No. 4.) The response, however, does not provide the information requested in the February 12 order.

Accordingly, it is

ORDERED that on or before March 5, 2007 Plaintiff shall SHOW CAUSE why this action should not be dismissed for his failure to properly comply with the orders of the court. Plaintiff is cautioned that his failure to comply with the instant order and/or submit the appropriate account information on or before March 5, 2007 will result in a Recommendation by the undersigned that this case be dismissed without further notice from the court.

Done, this 23rd day of February 2007.

    /s/ Charles S. Coody
CHARLES S. COODY
CHIEF UNITED STATES MAGISTRATE JUDGE