IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CAREY EDWARDS WINFIELD, <br> AIS # 180239, <br><br> Plaintiff, <br><br> v. <br><br> ADOC, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO.  2:07cv117-MHT <br> ) (WO) <br> ) <br> ) <br> ) |

**ORDER**

On March 15, 2007, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed.  (Doc. # 6).  Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that this case be and is hereby DISMISSED without prejudice for failure of the plaintiff to comply with the orders of this court and his failure to properly prosecute this action.

It is further ORDERED that the application for proceed without prepayment of fees (Doc. # 2) is denied.

DONE, this the 5th day of April 2007.

     /s/  Myron H. Thompson     
UNITED STATES DISTRICT JUDGE