IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CAREY EDWARDS WINFIELD, <br> AIS # 180239, <br><br> Plaintiff, <br><br> v. <br><br> ADOC, *et al.*, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION NO. 2:07cv117-MHT <br> ) (WO) <br> ) <br> ) <br> ) |

**FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment be and is hereby entered in favor of the defendants and against the plaintiff, and that this action be and is hereby dismissed.

DONE, this the 5th day of April 2007.

                                                  /s/  Myron H. Thompson
                                        UNITED STATES DISTRICT JUDGE